App. Div.]                 First Department, December, 1924.

EMILIE B. GRIGSBY, Appellant, v. IRVING RULAND, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant, v. REMINGTON PAPER & POWER CO., INC., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS P. GIER, as Executor, etc., Respondent, v. F. A. RICHMOND & CO., INC., Appellant.— Motion for leave to appeal or for reargument denied, with ten dollars costs, and motion for a stay granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHEL FOKINE, Respondent, v. JACOB J. SHUBERT, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BANKERS TRUST COMPANY, Respondent, v. FRANCISCO PLA Y MARTIN and Another, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMILY D. DAY, Doing Business, etc., Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.— Motion denied, with ten dollars costs. Present — Cla ke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

154 WEST 14TH STREET COMPANY, Appellant, v. D. A. SCHULTE, INC., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK (Garard Avenue and East 168th Street, Bronx.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of JEANNIE B. TRULL, as Executrix, etc., for a Peremptory Writ of Mandamus against JOHN P. O'BRIEN, as Corporation Counsel, etc. (Old Gun Hill Road).— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAURENO LOPEZ, Appellant, v. HENRY ISAACS, INC., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DANIEL W. SHOYER and Another, Appellants, v. EDMUND WRIGHT-GINSBERG Co., INC., Respondent.— Motion for leave to appeal denied, with ten dollars costs, and motion for a stay granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELLEN SHAW BARLOW, Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Impleaded, etc., Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES LANG, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE WARTSKY, an Infant, etc., Respond nt, v. AARON WARTSKY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of JOSEPH MORRIS, Appellant. LOUIS H. Moos, an Atto ney, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.